# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

DONALD MATHIAS

CRIMINAL COMPLAINT

FILED by _____ D.C.

SEP 2 9 2009

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – FT. LAUD.

CASE NUMBER: 09-6367-SNOW

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about April 2007, December 2007, and December 2008, in Broward County, Florida, in the Southern District of Florida, and elsewhere, the defendant, a United States citizen with a last known residence in Broward County, Florida, did travel in interstate and foreign commerce for the purpose of engaging in any illicit sexual conduct with another person, in violation of Title 18, United States Code, Section 2423(b); and on or about April 2007 and December 2007, in Broward County, Florida, in the Southern District of Florida, and elsewhere, the defendant, a United States citizen with a last known residence in Broward County, Florida, did travel in foreign commerce and did engage in any illicit sexual conduct with another person, in violation of Title 18, United States Code, Section 2423(c).

I further state that I am a Postal Inspector with the United States Postal Inspection Service and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Hugo Cuellar
U.S. Postal Inspector
United States Postal Inspection Service

Sworn to before me, and subscribed in my presence,

9/29/09
Date

Ft. Lauderdale, Florida
City and State

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Lurana S. Snow
Signature of Judicial Officer

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Hugo Cuellar, being first duly sworn, hereby depose and state as follows:

### I. INTRODUCTION AND AFFIANT BACKGROUND

1. I am a United States Postal Inspector currently assigned to the United States Postal Inspection Service ("USPIS") Child Exploitation Investigative Unit. I have been employed as a Postal Inspector for over six years. As part of my duties, I investigate crimes involving the illegal trafficking of child pornography through the United States mails. I am further responsible for enforcing federal criminal statutes involving the sexual exploitation of children. I am currently a member of the South Florida Law Enforcement Against Child Harm (LEACH) Task Force, and work in partnership with the Florida Attorney General's Child Predator Cyber Crime Unit. As a Postal Inspector, I have received training in various aspects of law enforcement, including the investigation of child pornography and child exploitation. During my career, I have investigated individuals suspected of distributing, receiving, and possessing child pornography and have executed warrants involving child exploitation crimes.

2. I make this affidavit in support of securing a criminal complaint against DONALD MATHIAS. Based on the information that I know about MATHIAS and based on my training and experience, I believe that probable cause exists that MATHIAS has traveled in foreign commerce with the intent to engage in illicit sexual conduct with minors, in violation of 18 U.S.C. §2423(b), and that he traveled in foreign commerce and engaged in illicit sexual conduct with minors, in violation of 18 U.S.C. §2423(c).

3. The facts in this affidavit come from my own observations, training, experience, and information that other agents and witnesses have given me. I intend for this affidavit to show that there is probable cause for the criminal complaint against MATHIAS. It does not set forth everything that I or other agents know about this matter.

## II. FACTUAL BACKGROUND

4. In late 2008, Philippine authorities learned that Donald MATHIAS (MATHIAS), a United States Citizen, had arranged with a woman named Maria Melone Tinambakan (Melone), to meet with her and her three minor daughters (Minor A, Minor B, and Minor C) in Manila, Philippines in December 2008, to engage in sexual acts with them. On December 13, 2008, while Melone and her daughters were on their way to meet MATHIAS, Philippine authorities arrested Melone and rescued the minor girls. They charged Melone with Child Abuse and Trafficking in Persons.

5. Days later, Philippine authorities detained MATHIAS, but released him the next day while they continued their investigation. Philippine authorities issued a "hold departure order" and directed MATHIAS to remain in the Philippines. On December 20, 2008, the Philippine National Police tried to serve MATHIAS with a subpoena to appear, but he had already checked out of his hotel room in Manila. Travel records show that MATHIAS left the Philippines on December 20, 2008. Travel records also show that MATHIAS continues to engage in international travel, to countries including the Dominican Republic.

6. On April 23, 2009, Immigration and Customs Enforcement (ICE) Special Agent Julius Arambulo and a Filipino social welfare officer interviewed two of the minor girls, Minor A and Minor B. Both Minor A and Minor B reported that in April 2007 and December 2007, their mother forced them to masturbate MATHIAS, while she videotaped them. They also said

2

that in December 2007, MATHIAS ejaculated on their faces. The girls reported that their mother, Melone, told both Minor A and Minor B to call MATHIAS "Daddy." The girls said that they were on their way to meet with MATHIAS in December 2008 to engage in sex acts with him, when the police rescued them and arrested their mother. Minor A identified Donald MATHIAS in a picture that Philippine police later gave to ICE Agent Arambulo. United States law enforcement agents have compared that picture with Donald MATHIAS' official Florida driver's license picture. The images appear to be of the same person.

**THE EMAILS.**

7. Philippine authorities gave ICE Agent Arambulo additional items, including photos of Minor A and Minor B posing in lingerie and copies of emails that authorities recovered from the mother's (Melone's) email account. The emails were between email address hswmdm@aol.com (MATHIAS) and mariamelone1969@yahoo.com (Melone). AOL records confirm that email address hswmdm@aol.com is subscribed to Donald MATHIAS, of 5080 S. Davie Road, #304C, Davie, Florida 33314. Yahoo! records confirm that email address mariamelone1969@yahoo.com is subscribed to Maria Melone, of the Philippines.

8. The emails between MATHIAS and Melone that U.S. authorities obtained from Philippine law enforcement are from November 2008 through December 2008. Generally, the emails discuss MATHIAS' plans to travel to the Philippines to engage in sex acts with the minor daughters. In the emails, MATHIAS describes in graphic detail what he expects from the girls. For example, in an email dated November 22, 2008, he states that he expects to penetrate the girls anally and vaginally and to ejaculate on their faces. He expects the girls to "eat shit and to drink piss," to "work with a dog to fuck and suck," and to perform oral sex on one another. In the emails, he also talks about submitting at least one of the girls to heavy spanking, whipping,

humiliation, and degradation. In another email to Melone dated December 6, 2008, MATHIAS discusses his specific travel plans. He says that he is confirmed to arrive in Manila on December 16th on Philippine Air from Hong Kong and that he would be leaving on Saturday, the 20th, in the afternoon. Travel records that ICE agents received from the airlines confirm this itinerary. Philippine immigration records also show that Donald MATHIAS entered the Philippines on December 16, 2008 and left the Philippines on December 20, 2008.

9.  ICE and Postal Inspection Service Agents executed search warrants on Yahoo! (for copies of Melone's emails), and AOL (for copies of MATHIAS' emails). The results show additional graphic conversations between MATHIAS and Melone dating back to 2006. As with the emails that Philippine authorities pulled from Melone's email account, the emails that ICE and Postal received from Yahoo! and AOL show MATHIAS and Melone discussing: the sex acts that the minor girls were expected to perform, MATHIAS plans to travel to the Philippines to engage in the sex acts with the minors in 2007, and payments that MATHIAS would make to Melone in exchange for these services. The emails from Yahoo! include the ones that Philippines authorities directly retrieved from Melone's email account.

**THE LETTERS AND DRAWINGS**

10. ICE agents also obtained from Philippine authorities two letters that MATHIAS wrote to Melone and her minor girls. Similar to the emails, in the letters, MATHIAS discusses the sex acts that he expects the girls to perform.

11. In one of the letters, he directs the minor girls to make drawings of various sexual acts so that he can be sure that they understand what he expects of them. Some of his drawing suggestions are: "Daddy having cock sucked by Minor A and Minor B, Daddy fucking daughters, Daddy shitting on daughters, Daddy making daughters crawl around, Daddy whipping

daughter, Daddy pissing on daughters face and in mouth." He asks that the pictures be mailed to his home at: 5080 Davie Rd. #304C, Davie, FL 33314, USA. The letter is signed "Daddy BOSS xxx . . ."

12. The second letter says in part: "Minor A and Minor B are going to play Daddy's Little sex slave daughters and assume the role of my personal little cunts. My idea for rough sex is going to be including some of the following game. 1, Spanking of the ass and my number one favorite tit slapping. 2, Candal wax on tits and cunt 3, Whipping using a riding crop and flogger on the ass and bodies 4, Tieing up and rope bondage 5, Verbal humiliation, making you do different sex acts 6, Dog collar and making you crawl 7, Degradation and things like putting your head in the toilet bowl. All of these games are for simulation and not for hurting you." The letter is again signed "Daddy BOSS xxx . . ."

13. Philippine authorities also provided U.S. authorities with copies of three drawings that Minor A made, as MATHIAS had directed. One of the drawings shows a naked man engaged in sexual intercourse with a naked female and has the caption "Daddy's fucking on my pussy." Another one shows a naked male standing behind a naked female, engaging in sexual intercourse, with the caption "Daddy's fucking on my asshole." The third drawing shows a naked male sitting on a bed and a naked female with her head between the male's legs, and the male pushing her head down. This drawing has the caption "To suck Dady's cuck."

14. Donald MATHIAS is a naturalized American citizen. He became an American citizen on September 30, 2000. He is currently 64-years-old. Minor A is now 15-years-old. Minor B is now 13-years-old.

15. ICE obtained MATHIAS' records from the airlines on which he traveled. These travel records corroborate the minor girls' statements. MATHIAS' itineraries show him:

traveling through different countries, ultimately entering the Philippines on April 25, 2007, and leaving on May 1, 2007; traveling through different countries, ultimately entering the Philippines on December 13, 2007, and leaving on December 17, 2007; and traveling through different countries, ultimately entering the Philippines on December 16, 2008, and leaving on December 20, 2008. Philippine immigration records show MATHIAS entering and exiting the Philippines on these same dates. Minor A and Minor B talked about MATHIAS abusing them in the Philippines in April 2007 and December 2007. In addition, they were rescued in December 2008, as they were on their way to meet MATHIAS in the Philippines to engage in more sexual activity with him.

16. The Florida Division of Motor Vehicles reports MATHIAS' address as 5080 South Davie Road, #304C, Davie, Florida 33314. And, according to the United States Postal Service, Donald MATHIAS receives mail addressed to him at 5080 South Davie Road, #304C, Davie, Florida 33314. In addition, this is the address to which he asked the minor girls to send their sex drawings. And, in June 2009, ICE agents temporarily detained Mathias in an airport in Puerto Rico. They kept custody of his laptop computer for examination. At that time, in June 2009, MATHIAS gave the same information when asked for his address: 5080 South Davie Road, #304C, Davie, Florida 33314. It is MATHIAS' last known residence and it is in the Southern District of Florida.

### III. CONCLUSION

17. Based on the information presented in this affidavit, I conclude that there is probable cause to believe that DONALD MATHIAS, a United States citizen, traveled in foreign commerce for the purpose of engaging in illicit sexual conduct with minors, in violation of 18 U.S.C. §2423(b), and traveled in foreign commerce and engaged in illicit sexual conduct with

minors, in violation of 18 U.S.C. §2423(c). Therefore, I respectfully ask that the court sign a criminal complaint and warrant for MATHIAS' arrest.

FURTHER AFFIANT SAYETH NAUGHT.

I declare under penalty of perjury that the foregoing is true and correct.

Hugo Cuellar
U.S. Postal Inspector
United States Postal Inspection Service

Subscribed and sworn to before me
on September 29, 2009,

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

7